IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| BRENDAN GOWING, INC., *et al.*,[1] | § | |
| | § | Case No. 24-32631(EVR) |
| Debtors. | § | (Jointly Administered) |

## STATEMENT PURSUANT TO 11 USC § 1116(1)(b)

I, Brendan Gowing, and, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am the President of Brendan Gowing, Inc., the Debtor and Debtor-in-Possession ("Debtor"). I am familiar with the Debtor's day-to-day operations, business affairs, books and records.

2. Debtor is a wedding venue and operations are through its dba The Heights Villa. Debtor has no balance sheet, statement of operations, or cash-flow statement.

I *declare* under penalty of perjury that the foregoing is true and correct. Executed on this 6th day of June, 2024."

BRENDAN GOWING, INC.

By: */s/Brendan Gowing*
Brendan Gowing, President

---

[1] The Debtors in these Chapter 11 Sub V cases, along with the last four digits of each Debtor's federal tax identification number or SSN numbers, are: Brendan Gowing, Inc. (4999); Brendan F. Gowing (SSN: 6231) & Cahterine H. Gowing (SSN: 8984). The mailing address for the Debtors listed above is 3600 Michaux, Houston, Texas 77009.