United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-32631 |
| BRENDAN GOWING, INC. § | |
| and § | |
| BRENDAN F. GOWING § | |
| and § | |
| CATHERINE H. GOWING, § | |
| Debtors. § | Jointly Administered |
| § | CHAPTER 11 |

**ORDER**
*Resolving ECF No. 16*

Pending before the Court is a single matter self-styled as, "Priority Services, Inc.'s Motion to Declare Stay Inapplicable or Alternatively, to Lift Stay Against Property Against All of the Jointly Administered Debtors"[1] filed on June 11, 2024. The Court held a hearing on this matter on July 9, 2024, and for all of the reasons stated in this Court's accompanying Memorandum Opinion, it is therefore:

**ORDERED**: that

1. "Priority Services, Inc.'s Motion to Declare Stay Inapplicable or Alternatively, to Lift Stay Against Property Against All of the Jointly Administered Debtors"[2] filed on June 11, 2024, is GRANTED. Pursuant to 11 U.S.C. § 362(n)(1)(B), this Court finds that the automatic stay as defined in 11 U.S.C. § 362(a) is inapplicable to this jointly administered case, and that the automatic stay does not apply as to Brendan Gowing, Inc., Brandan F. Gowing, and Catherine H. Gowing.

2. All other relief requested but not expressly granted herein with regard to "Priority Services, Inc.'s Motion to Declare Stay Inapplicable or Alternatively, to Lift Stay Against Property Against All of the Jointly Administered Debtors"[3] filed on June 11, 2024, is DENIED.

SIGNED July 26, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 16.
[2] ECF No. 16.
[3] ECF No. 16.